Thomas P. Bleau, Esq., SBN 152945
    E-mail: tbleau@bleaufox.com
Megan A. Childress, Esq., SBN 266926
    E-mail: mchildress@bleaufox.com
BLEAU FOX a P.L.C.
2801 W. Empire Avenue
Burbank, California 91504
Telephone: (818) 748-3434
Facsimile: (818) 748-3436

Attorneys for Plaintiff,
KEVIN CHANDA and KEVIN CHANDA, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CHANDA, an individual, KEVIN CHANDA, INC, a California corporation,<br><br>                Plaintiffs,<br>v.<br><br>TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company; TREASURE FRANCHISE COMPANY LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.:  **'21CV0947 BEN BLM**<br><br>PLAINTIFFS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES |

TO THE COURT AND ALL PARTIES OF RECORD HEREIN:

    The undersigned, counsel of record for Plaintiffs Kevin Chanda and Kevin Chanda, Inc., certify that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1. Kevin Chanda

    2. Kevin Chanda, Inc.

Dated:  May 17, 2021                BLEAU FOX, A P.L.C.

                                        By:    /s/ Megan Childress
                                                   Megan Childress, Esq.
                                                   Attorneys for Plaintiffs